

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00642-CV

**IN THE INTEREST OF O.J.S.D.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01386
Honorable Kevin Henderson, Judge Presiding

**ORDER**

In accordance with the opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Because appellant is indigent, no costs of appeal are assessed.

It is so **ORDERED** on November 30, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court